AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Louann Rehwaldt                              **JUDGMENT IN A CIVIL CASE**
                                             CASE NUMBER: 95-CV-876
   v.

Electronic Data Systems


☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant.


Date: 8/3/05                                 RODNEY C. EARLY, CLERK

                                     By:     s/Deborah M. Zeeb
                                             Deputy Clerk